IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01549-ZLW-MEH

AUTO MILLENNIUM, LLC, d/b/a MILLENNIUM AUTOSPORT, and
RICHARD BRUNSON,

      Plaintiffs,

v.

EQUIFAX, INC., a Georgia corporation;
TRANS UNION, LLC, a Delaware limited liability company;
EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; and
FIRST ADVANTAGE CREDCO, LLC, a Delaware limited liability company,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, March 6, 2007.**

      Plaintiff's Motion for Protective Order [Filed March 1, 2007; Docket #40] is **denied** without prejudice for failure to comply with D.C.Colo.L.Civ.R. 7.1.A, Duty to Confer.  Plaintiff must first attempt to resolve this matter directly with Defendant Trans Union and state such efforts in the Motion, particularly since a subpoena served against another party to this lawsuit is an improper means of seeking discovery under the Federal Rules of Civil Procedure.  Fed. R. Civ. P. 34(d).