IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01549-ZLW-MEH

AUTO MILLENNIUM, LLC, d/b/a MILLENNIUM AUTOSPORT, and
RICHARD BRUNSON,

       Plaintiffs,

v.

EQUIFAX, INC., a Georgia corporation;
TRANS UNION, LLC, a Delaware limited liability company;
EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; and
FIRST ADVANTAGE CREDCO, LLC, a Delaware limited liability company,

       Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, April 4, 2007.**

       Due to the settlement reached in this case, Defendants' Joint Motion for Protective Order [Filed March 21, 2007; Docket #46] is **denied without prejudice.**