IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01549-ZLW-MEH

AUTO MILLENNIUM, LLC, d/b/a MILLENNIUM AUTOSPORT, and
RICHARD BRUNSON,

     Plaintiffs,

v.

EQUIFAX, INC., a Georgia corporation;
TRANS UNION, LLC, a Delaware limited liability company;
EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; and
FIRST ADVANTAGE CREDCO, LLC, a Delaware limited liability company,

     Defendants.

## ORDER

In consideration of the Minute Entry For Settlement Conference entered on April 4, 2007, by Magistrate Judge Michael E. Hegarty, advising that this case has settled, it is

ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

FURTHER ORDERED that settlement papers shall be filed on or before April 25, 2007.  If by that date settlement papers have not been received by the Court, on May 2, 2007, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this   11   day of April, 2007.

BY THE COURT:

*[signature: Zita L. Weinshienk]*

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court