IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-01549-ZLW-MEH

AUTO MILLENNIUM, LLC, d/b/a MILLENNIUM AUTOSPORT, and
RICHARD BRUNSON,

    Plaintiffs,

v.

EQUIFAX, INC., a Georgia corporation;
TRANS UNION, LLC, a Delaware limited liability company;
EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; and
FIRST ADVANTAGE CREDCO, LLC, a Delaware limited liability company,

    Defendants.

## ORDER OF DISMISSAL

    Pursuant to and in accordance with the Order entered May 23, 2007 (Doc. No. 66), it is

    ORDERED that the Complaint and cause of action are dismissed without prejudice.

    DATED at Denver, Colorado, this     12     day of June, 2007.

                            BY THE COURT:

                            _____
                            ZITA L. WEINSHIENK,  Senior Judge
                            United States District Court