IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 06-cv-01549-ZLW-MEH

AUTO MILLENNIUM, LLC, d/b/a MILLENNIUM AUTOSPORT, and
RICHARD BRUNSON,

    Plaintiffs,

v.

EQUIFAX, INC., a Georgia corporation;
TRANS UNION, LLC, a Delaware limited liability company;
EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio corporation; and
FIRST ADVANTAGE CREDCO, LLC, a Delaware limited liability company,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the parties' Joint Motion To Dismiss filed July 5, 2007, it is

ORDERED that the Complaint and cause of action are dismissed with prejudice.

It is

FURTHER ORDERED that the Order Of Dismissal without prejudice signed June 11, 2007 (Doc. 68), is vacated.

DATED at Denver, Colorado, this   6   day of July, 2007.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court